**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINA WINTERBAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE CIVIL SERVICE COMMISSION | ) | |
| OF THE CITY OF ST, LOUIS, | ) | Case No. 4:25-cv-00390 |
| By its members: | ) | |
| DEAN KPERE-DAIBO, | ) | |
| Member, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETTYE BATTLE-TURNER, | ) | |
| Member, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STEVEN M. BARNEY, | ) | |
| Member, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW, Assistant City Counselor Meredith Stoner, attorney for Defendants City of St. Louis and the Civil Service Commission of the City of St. Louis, by its members Dean Kpere-Daibo, Bettye Battle-Turner, and Steven M. Barney ("Defendants"), pursuant to 28 U.S.C. § 1446(a), and notifies this Court of the removal of *Christina Winterbauer v. City of St. Louis, Missouri, et. al.*, Case No. 2422-CC00780, from the 22nd Judicial Circuit Court of Missouri, to the United States District Court for the Eastern District of Missouri, Eastern Division. As grounds

1

for removal, Defendants state as follows:

1.      On May 9, 2024, Plaintiff Christina Winterbauer ("Plaintiff") filed her lawsuit against Defendants in the 22nd Judicial Circuit Court of Missouri, styled as *Christina Winterbauer v. City of St. Louis, Missouri, et. al.*, Case No. 2422-CC00780, alleging claims under 42 U.S.C. § 1983, the First Amendment to the United States Constitution, and Title I, § § 8, 10 of the Missouri Constitution. *See* Pet. ¶ ¶ 26, 30.

2.      On February 24, 2025, the previous counsel for Defendants, Paul Martin, happened to be in court when a status conference was held on this matter and entered his appearance.

3.      Defendants seek to remove this matter to federal court as Plaintiff's allegations invoke federal question jurisdiction and supplemental jurisdiction. "A complaint that alleges claims under the United States Constitution and/or other laws of the United States implicates the federal-question jurisdiction of the federal courts." *Bugg v. Rutter*, 330 S.W.3d 148, 154 (Mo. App. W.D. 2010) (citing 28 U.S.C. § 1367). Specifically, "[a] defendant may only remove a state law claim to federal court if the action could have originally been filed in federal court." *Ki Beom Kim v. Dyna Flex, Ltd.*, 525 F. Supp. 3d 999, 1004 (E.D. Mo. 2021) (citing 28 U.S.C. § 1441). Plaintiff brings her claims pursuant to federal law. Therefore, this court has federal question jurisdiction. In the current case, Plaintiff's Complaint alleges that her termination was "intentional, malicious, and showed a complete disregard for due process, First Amendment protections, and other constitutional rights owed to the Plaintiff under the First Amendment to the United States Constitution. *See* Pet. ¶ 26. Because Plaintiff 's claims arise under federal law, this court has federal question jurisdiction over Plaintiff's claims.

4.      Plaintiff also alleges a claim under and Title I, § § 8, 10 of the Missouri Constitution, i.e., state law. Nevertheless, a plaintiff's characterization of a claim as based on state

2

law is not dispositive of whether federal question jurisdiction exists. *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Rather, the question is whether the allegations in Plaintiff's Complaint invoke this Court's supplemental jurisdiction.

5.    "The federal courts have supplemental jurisdiction over a plaintiff's state law claims if the state claims are a part of the same case or controversy as the plaintiff's federal claims." *Bugg* at 154 (citing 28 U.S.C. § 1367). State law claims are a part of the same case or controversy as a plaintiff's federal claims if they share a common nucleus of operative fact. *Id*.

6.    Plaintiff Christina Winterbauer's s state law claim under Title I, § § 8, 10 of the Missouri Constitution arises out of the same case and controversy as her federal law claim because her Missouri Constitution allegation arises out of the same common nucleus of operative fact— alleged retaliatory firing based on protected speech. Plaintiff's Complaint clearly alleges "Article I, § 8 of the Missouri Constitution further solidifies an individual's right of free speech within the State of Missouri." *See* Pet. ¶ 30.

7.    Accordingly, this Court has original jurisdiction over Plaintiff's 42 U.S.C. § 1983 claim pursuant to 42 U.S.C. § 2000e-5(f)(3).

8.    This Court also has supplemental jurisdiction over Plaintiff's Missouri Constitution claim pursuant to 28 U.S.C. § 1367(a).

9.    Venue is proper in this District pursuant to 28 U.S.C. § 1441 because this District and Division embrace the place in which the removed action has been pending.

10.    Pursuant to Local Rule 2.03, a copy of all process, pleadings, orders and other documents on file in the State court are attached hereto as Exhibits.

11.    Defendants City of St. Louis and the Civil Service Commission of the City of St. Louis, by its members Dean Kpere-Daibo, Bettye Battle-Turner, and Steven M. Barney appeared

in this case on February 24, 2025. As such, removal is timely pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354–55 (1999).

12.    Defendants herewith submit the filing fee in the amount of $402.00 and the proof of  filing the notice of removal with the Clerk and State court.

WHEREFORE, Defendants remove *Christina Winterbauer v. City of St. Louis, Missouri, et. al.*, Case No. 2422-CC00780, from the 22nd Judicial Circuit Court of Missouri to this Court for all further proceedings.


 Dated:  March 26, 2025                                  Respectfully submitted,

                                                         **SHEENA HAMILTON**

                                                         **CITY COUNSELOR**

                                              By: */s/ Meredith Stoner*
                                              _____
                                              Meredith Stoner, Assistant City Counselor     #75772MO

                                              314 City Hall
                                              1200 Market Street
                                              St. Louis, Missouri 63103
                                              (314) 622-3786 (telephone)
                                              (314) 622-4956 (facsimile)
                                              stonerm@stlouis-mo.gov

                                              *Attorney for Defendants*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2025, the foregoing was sent via email to:


BRUNTRAGER & BILLINGS, P.C.
Peter O. Bruntrager
225 S. Meramec Ave., Suite 1200
Clayton, Missouri 63105
(314) 646-0066 (telephone)
(314) 646-0065 (facsimile)
pob@law-stl.com

*Attorney for Plaintiff*


                                      */s/ Meredith Stoner*